UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 1:16-cv-00970-SEB-DML |
| | ) |
| SAMUEL BARRERA, individually and d/b/a TAQUERIA JALISCO, BENITO BRITO FLORES, individually and d/b/a TAQUERIA JALISCO, and REST MEX, INC. d/b/a TAQUERIA JALISCO, | ) |
| | ) |
| Defendants. | ) |

## Order Approving and Adopting Report and Recommendation on Dismissal of Certain Defendants under Rule 4(m)

On December 16, 2016, the Magistrate Judge submitted and filed her Report and Recommendation (Dkt. 18) that the plaintiff's claims against defendants Benito Brito Flores and Rest Mex, Inc. should be dismissed without prejudice under Rule 4(m). The parties were afforded the opportunity according to statute and the Federal Rules of Civil Procedure to file objections to that Report and Recommendation. No party has filed an objection. The Court, having considered the Magistrate Judge's Report and Recommendation (Dkt. 18) and being duly advised, now APPROVES and ADOPTS it.

The plaintiff's claims against defendants Benito Brito Flores and Rest Mex, Inc. are hereby DISMISSED WITHOUT PREJUDICE.

The plaintiff must take action on its claims against defendant Samuel Barrera. If it intends to seek an entry of default under Rule 55(a), it should do so promptly.

IT IS SO ORDERED.

Date: __1/6/2017_____

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system